Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **21−45646−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
　Shkira C. Murphy
　14530 Lauder St.
　Detroit, MI 48227

Social Security No.:
　xxx−xx−4700

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case** was entered on **7/19/21** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/19/21

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　Todd M. Stickle , Clerk of Court
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT