UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 21-45646

SHKIRA C. MURPHY,  Chapter 7

Debtor.  Judge Thomas J. Tucker

_____/

### ORDER DISMISSING CASE

On July 2, 2021, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case. On July 2, 2021, the Debtor also filed a document entitled "Certificate of Counseling" (Docket # 3). The Debtor's Certificate of Counseling states that on **September 20, 2020**, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case, under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing during the 180-day period ending on the date of the filing of the *petition*. The only credit counseling certificate that the Debtor filed shows that the Debtor received a credit counseling briefing on September 20, 2020, which was 285 days before the petition date in this case.

IT IS ORDERED that this case is dismissed.

**Signed on July 19, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**